Andrew D. La Fiura (Pennsylvania SBN. 307891)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102-1317
Tel:   (267) 319-7802
Fax:  (215) 399-2249
andrew.lafiura@jacksonlewis.com

Jared L. Bryan (SBN. 220925)
Vandana Kapur (SBN. 281773)
JACKSON LEWIS P.C.
5000 Birch Street, Suite 5000
Newport Beach, California 92660
Tel:   (949) 885-1360
Fax:  (949) 885-1380
Email:        Jared.Bryan@jacksonlewis.com
              vandana.kapur@jacksonlewis.com

Attorneys for Defendants
QUALITY SYSTEMS, INC. and NEXTGEN HEALTHCARE INFORMATION SYSTEMS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TRACI WOLBERT, <br><br> Plaintiff, <br><br> vs. <br><br> QUALITY SYSTEMS, INC. NEXTGEN HEALTHCARE INFORMATION SYSTEMS, and DOES 1 through 10, INCLUSIVE, <br><br> Defendants. | CASE NO. CV-8:15-cv-00550-JLS-RNB <br><br> [Assigned to the Hon. Josephine L. Staton, Courtroom 10A ; Magistrate Judge Robert N. Block, Courtroom 6D] <br><br> **DEFENDANTS' CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** <br><br> *[Filed Concurrently with Defendants' Corporate Disclosure Statement]* <br><br> Complaint Filed: April 8, 2015 <br> FAC Filed: May 4, 2015 |

/ / /

/ / /

/ / /

**TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rules 7.1 and 7.1-1 of the Central District Court of California's Local Civil Rules, the undersigned, counsel of record for Defendants QUALITY SYSTEMS, INC. and NEXTGEN HEALTHCARE INFORMATION SYSTEMS, LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case, including any insurance carrier that may be liable in whole or in part (directly or indirectly) for a judgment in the action or for the cost of defense.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

| NAME | CONNECTION / INTEREST |
| --- | --- |
| Quality Systems, Inc. | Defendant |
| Nextgen Healthcare Information Systems, LLC | Defendant |
| CNA Insurance | Insurance carrier |

Dated: August 31, 2015    JACKSON LEWIS P.C.

By: */s/ Andrew D. La Fiura*
    Andrew D. La Fiura
    Jared L. Bryan
    Vandana Kapur

Attorneys for Defendants
QUALITY SYSTEMS, INC. and NEXTGEN HEALTHCARE INFORMATION SYSTEMS, LLC

# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CASE NAME:    TRACI WOLBERT vs. QUALITY SYSTEMS, INC., ET AL.

CASE NUMBER:   CV-8:15-cv-00550-JLS-RNB

      I am employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action; my business address is 5000 Birch Street, Suite 5000, Newport Beach, CA 92660.

      On August 31, 2015, I served following document(s) described as:

**DEFENDANTS' CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)**

on the parties in this action listed below in the manner designated below:

**PLEASE SEE ATTACHED SERVICE LIST**

☒   **BY NOTICE OF ELECTRONIC FILING**.  The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

☒   **FEDERAL**  I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Executed on August 31, 2015, at Newport Beach, California.

                                          */s/ Lisa Uyesugi*
                                          Lisa Uyesugi

# SERVICE LIST

| Sharon Rachel Vinick, Esq.<br>LEVY VINICK BURRELL HYAMS LLP<br>180 Grand Avenue, Suite 1300<br>Oakland, CA  94612 | **Co-Counsel for Plaintiff,<br>TRACI WOLBERT**<br><br>Tel:   (510) 318-7700<br>Fax:   (510) 318-7701<br>Email:      sharon@levyvinick.com |
|---|---|
| Patricia V. Pierce, Esq.<br>GREENBLATT PIERCE ENGLE FUNT AND FLORES<br>123 South Broad Street, Suite 2500<br>Philadelphia, PA  19109 | **Co-Counsel for Plaintiff,<br>TRACI WOLBERT**<br><br>Tel:   (215) 735-1600<br>Fax:   (215) 735-1660<br>Email:      p.pierce@gpeff.com |

4827-5875-1015, v. 1